Robert L. Hyde
State Bar No.: 227183
Joshua B. Swigart
State Bar No.: 225557
**HYDE & SWIGART**
411 Camino del Rio South, Ste. 301
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 330-4657

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY BUTLER-JACKSON AND WILLIAM JACKSON,<br><br>PLAINTIFF,<br><br>V.<br><br>COLEMAN & HOROWITT, LLP<br><br>DEFENDANT. | CASE NO.: C06-3873 BZ<br><br>**NOTICE AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro 41(a), Plaintiffs voluntarily dismisses the above-captioned action with prejudice.

Dated: September 13, 2006         Respectfully submitted,

HYDE & SWIGART

Robert L. Hyde, Esq.
Attorney for Plaintiff

Notice and Order of Voluntary Dismissal With Prejudice                                    C06-3873 BZ

## ORDER

Based on the above Notice of Dismissal filed herewith, this Court hereby orders that Plaintiffs' Complaint against Coleman & Horowitt, LLP the Defendants, shall be, and herewith is, dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 15 Sept 06

HON. BERNARD ZIMMERMAN
U.S. MAGISTRATE JUDGE